E-FILED
Tuesday, 23 November, 2010  09:38:39 AM
Clerk, U.S. District Court, ILCD

FILED

NOV 2 3 2010

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

October 2, 2010

Charles H. Mazur
s/ Address
San Antonio, TX 78216

s/ phone number

Hon. Michael M. Mihm
United States District Judge
204 U. S. Courthouse
100 N. E. Monroe Street
Peoria, IL 61602

Re: Defendants Gary K. Wilder and Toni Jo Wilder

Dear Judge Mihm:

I am Charles H. Mazur, age 62, of San Antonio, Texas. I have been an Insurance Agent and Risk Management Consultant since 1973, first in Illinois, and then in Texas. I specialize in programs for large companies and have close business and personal relationships with dozens of owners and executives.

Toni is my sister and is about 14 months older than me. I have known Gary since 1964. He was my high school football coach, is my brother in law, and was a fellow school teacher when I returned to my home town after graduation from Illinois State University. In 1971 Gary became the director of the Kankakee County Training Center for the Disabled. I worked for him for two years as the contract procurement and quality control representative. For a few years I wrote the commercial insurance program for Gary's and Toni's business. We all remain very close, spending holidays and family time together. As I worked my way through college Toni supported me in many ways and sometimes loaned her car to me, since I could not afford one. Gary mentored me in high school, college, teaching and when we worked together at the training center providing training and employment for special needs individuals. So I have friendship, family and business relationships with both Gary and Toni.

Gary and Toni started their business from nothing, as a means to grow and expand the opportunities for more people. They provided employment for hundreds of people at any one time, and thousands of people over the years. They never led an extravagant lifestyle and lived in the same modest home for many years. I never met more hard working business owners. I have always known them to be dedicated, driven yet fair, and generous to others. This applies to each other, to their children and grandchildren, their churches, community, customers and their employees. I believe they made their recent mistakes in an attempt only to keep their business going, and not for any personal gain. While this does not justify their decisions, it may explain them. Both Gary and Toni have communicated to me deep regret and remorse for what they did.

Gary and Toni should be proud of their successes, but I know they are ashamed of their mistakes. I understand the seriousness of the things they have done wrong. I understand that they must pay a price, but please consider the price they have already paid. They have lost their business, their home, their cars, their money, their reputation with many people, and their future. They have family, some close friends, memories of a long lasting business, monthly social security checks, but they have no assets of value after all these years. They will never be able to own another business or even work for anyone else. They both have medical conditions that make their daily lives difficult, and their futures challenging.

I ask you to consider that the price they have already paid is punishment enough. Please consider the value that their lives and business has brought to so many people over the years, their lack of any prior offenses, their ages, and medical conditions. I know that they take full responsibility for their actions, and will abide by any rules or conditions imposed by the court. I pray for your leniency. Thank you.

Sincerely,

s/ Charles H. Mazur

Charles H. Mazur

September 30, 2010

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

       Re: Gary and Toni Jo Wilder

Dear Judge Mihm:

My name is Judith Wilder and I am writing this letter for both myself and my husband
Gerald Wilder.  Gerald is retired from Caterpillar and I am a retired Certified Dental
Assistant and presently work part-time as the Administrative Assistant at our church,
Washington Presbyterian Church in Washington, IL.  My husband has known Gary for
65 years and Toni for about 43 years.  I have known both Gary and Toni for the last 32
years.

Gary and Toni are my brother-in-law and sister-in-law by marriage.  My husband is
Gary's younger brother.  Our children have grown up together and we have done a lot of
things together socially over the years.  I feel that even if we hadn't been family that we
would have been good friends.  My husband and I both had a short working relationship
with Gary and Toni when my husband was laid off from Caterpillar and we went and
worked at Wildwood for a few months.  So, we do know from experience how committed
Gary has always been to his company and his employees. He and Toni have worked
hard to build the company and were very proud of it and very good to their employees.
However, just in the last few years we noticed that Gary had become so preoccupied
with the company that even at social engagements he always had his cell phone and
would talk with someone from work. After we learned of the charges against both he and
Toni, that behavior made more sense to us. We feel that his concern for the fate of his
company was taking a great toll on him, his family and his health.

Gary and Toni are good Christian people who have raised four wonderful children.  Their
children are strong, educated, successful, loving young people with wonderful families
of their own.  Children learn by example so these young folks must have learned these
wonderful traits from their parents.  Gary and Toni's grandchildren are the 'light' of their
lives and spend an enormous amount of time with them. Toni has got to be one of the
best Grandmothers We've ever known!  Gary has been very good to his extended family
and has given jobs to nieces and nephews who were having trouble finding work.  We
also know that he had helped a sister out financially on more than one occasion.  Gary is
one of nine children and they didn't have much growing up.  He is the only one of the
nine children to receive a college education and he worked very hard for that. However,
he has never forgotten who he is and where he came from. Gary and Toni are both from
large families and family has always been important to them.

We know from spending time with them, during Gary's illness and then the demise of their business, that both Gary and Toni are very remorseful of their actions and realize that even though they were only trying to do what they could to keep the company going for their employees, it was wrong.  Unfortunately, things just kept compounding until it they were out of control and they couldn't figure out how to stop them.  It is very hard to think about what losing 30 some years of your life's work would do to you, but we've seen what that did to them. They never spoke to us about any of their problems until after they were made public on the news and in the paper.  At that time we received an email from Toni apologizing to us for any embarrassment this might cause.  We couldn't believe that here she was, their lives falling apart, and she's worried about what it would do to the family.  Then, we realized that Toni would worry about others, because that who Toni is.

We pray that you will realize that Gary and Toni are not people who just set out to hurt others and commit fraud. They were not trying to get rich quick but were just trying to stay in business.  Please, we ask that you consider our request for leniency in their sentencing. We know that Toni was not aware of what was going on when this all started and only became aware of it toward the end.  We also know that she felt she had to plead guilty to the charges or she would be setting a bad example for her grandchildren. We know the thought of being away from her family is what is bothering her the most. Her family is her life!  Her children and grandchildren will be devastated if she is not around for them. Toni does have some health issues with her heart that are of great concern to us too. We are extremely worried about Gary's health as well, as it is still very unstable. We have a great fear that if he is confined he will stop fighting for his health. Toni has helped him out so much through his cancer surgeries and other health issues that if she's not with him we're afraid he will not do what's necessary to stay alive.  We hope that you will take our above comments into consideration along with their ages and what a long separation from each other and their family will do to each of them.  Please don't misunderstand, we are aware that what they've done is very serious and deserves some type of punishment.

We sincerely thank you for taking the time to read this letter and for the time you will take in considering the things we have included in it.  Living close to the Peoria area and working in the Peoria area, we have heard and know that you are a fair man and will take all aspects of this case into consideration.

Sincerely,
s/ Judith & Gerald Wilder

Gerald and Judith Wilder
s/ Address
Washington, IL 61571

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

     Re: Defendants Gary and Toni Jo Wilder

Dear Judge Mihm:

My name is Tracy Sanchez and I am writing to you on behalf of my Aunt Toni & Uncle
Gary. I am a 39 year old licensed nurse, but for the last few years I have been a
homemaker and stay-at-home mom for my 3 children.

I have a very special relationship with my Aunt and Uncle. When I was 18 years old and
going thru a very difficult time, they offered me a job and a place to live. It was during
this time that my relationship with Aunt Toni and Uncle Gary grew even more meaningful
to me. They became more like second parents to me. They fostered values of
compassion, integrity, humility, hard work, responsibility, and selflessness by setting an
example with their daily lives and routines. Their guidance help me put my life back on
track and I am very fortunate to have had that time with them.

Over the years my relationship has remained especially strong with my Aunt Toni. She
is a woman of incredible grace and dignity. During the last couple of years I have
observed my Aunt's dedication to my Uncle grow in more ways than I ever could have
imagined while he battled with cancer. Just as she has done for their entire marriage,
my Aunt Toni has been by my Uncle's side thru every difficult step of treatment,
enduring the emotional trauma and taking on, without complaint, responsibilities that
would have challenged the most devout spouse; and my Aunt has done so with a
strength, deference and loyalty that has always been my Aunt Toni.

Uncle Gary is the most ambitious person I have ever known. He is driven to success by
his hard work, dedication and integrity. He sacrificed his health by delaying cancer
treatments in an effort to save his company. I am not trying to justify his actions, but I
hope you can take into consideration that he made poor choices in an effort to continue
to provide not just for his family but for his employees and their families. As a former
employee, I witnessed first hand his commitment and the responsibility he felt toward
his employees. He believed that they worked hard for him and he would go out of his
way to show his gratitude to them. Many years ago, as a show of appreciation, he
chartered a bus and took employees to a Cubs game in Chicago. This is exactly the
sort of thing that Uncle Gary was known for.

Aunt Toni and Uncle Gary have always lived their lives with great humility. They have never measured success by what they have, but rather by what they give back. They have raised 4, highly successful, children and have remained in the same modest home nearly their entire 43 year marriage. They play an active, positive roll in the lives of their grandchildren. Unfortunately, they suffer from poor health. They have lost their business that they dedicated their lives building. They've lost their home, their cars, nearly everything. Financially, they are ruined and they will never recover.

I am aware of the seriousness of the charges my Aunt and Uncle have plead guilty to. They have expressed great remorse for what they have done. They have cried, grieved and lamented over the pain their actions have caused and I know they would do anything to change what has happened. I believe in my heart of hearts that their actions were motivated as an attempt to save their company so that they could continue to provide for their employees and not for personal gain or extravagance.

Aunt Toni and Uncle Gary are kind and generous people who live a Christian life. I know they are prepared to accept the consequences of their actions, but I pray that you will consider the price they have already paid when you decide their sentence. Your Honor, I beg you for leniency for my Aunt Toni and Uncle Gary.

Sincerely,

s/ Tracy L. Sanchez


Tracy L. Sanchez

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe St.
Peoria, IL  61602

    Re: Toni Jo and Gary K. Wilder

Dear Judge Mihm:

    Toni Jo and Gary K. Wilder are my aunt and uncle.  I am the oldest daughter of the oldest daughter in the Mazur clan of six children.  The oldest cousin of "Noni & Gary's" twenty Mazur nieces and nephews.  To introduce myself further I am a special needs foster parent, an adoptive parent twice, the Mendota Area Christian Food Pantry director and a retired special education teacher.  This introduction is not so much to tell you about me but to tell you about who our family is.  We are aerospace workers, secretaries, nurses, educators, welders, businessmen and craftsmen.  We are a hard working, family centered breed.  Many of us are devoutly religious and community centered.  Toni and Gary Wilder are of this nature and character as well.  I thank you for this opportunity to speak on behalf of their character.

    Gary Wilder has been a coach, teacher and business man.  I do not know him as well as I know my aunt but I am aware of a strong, intelligent and capable man.  He is a cancer survivor, a grandpa and a father.  Gary, along with my aunt, raised a strong, caring and capable family of four children.  Each a wonderful contribution to the world they live in.  Gary Wilder has generously supported those who "had that something" as they started as home owners, businessmen and church members.  He was a driven businessman who secretly baked and decorated cookies with his grandkids.  He started Wildwood Industries from nothing and developed it to an integral and long standing portion of the Bloomington-Normal business community.

    Toni Jo Wilder  has, obviously, been my aunt all of my life.  Toni was trusted to be my first baby sitter as my parents hesitantly ventured on their first parental date night.  She let me play princess in her bride's maid dress from my parent's wedding.  An obvious choice to be my confirmation sponsor as I grew up in the church.  When I later grew into a woman and a mother (my own mother struggling with a rare and terminal cancer) she was my constant first call for questions like "what is this rash?"; "I'm busy redoing the house!  How did I end up pregnant again?!"; "Listen!  She can read!  Read to Noni sweetie!".  After my mother passed away each of her treasured grand-babies came to know the woman who would have cherished them through her sister, Toni (Noni to all of them).  I fondly remember her teaching my dad to make a family beef stew recipe after my mother passed away.  Toni bravely tackled that trip to the mall when my 16 yr. old was fighting for a bikini and her dad and I preferred head to toe coverage.  Noni managed to bring her home with a suit all were happy with.  Along with passing out motherhood advice came the most valued life advice.  All of us learned about responsibility and commitment through watching Toni raise her family, work at their business and maintain a 43 year marriage.  Charity and generosity to family, church and community were part of every day life - block parties for neighborhood families, assistance to employees in difficult times, always supporting grandchildren and great nieces in school fund raisers, helping family with medical bills.  In spite of her own heart condition she put everything on hold to lovingly care for siblings and her husband Gary through multiple bouts of cancer.  I remember her calling me when my husband and I were foster parents to clarify DCFS regulations as she helped a friend gain custody of her own grandchildren.  Together she and friends painted a house, replaced carpet, scrubbed and cleaned their way to a solid home with their grandma for two homeless boys.  There were always soft Teddy Bears for our foster children.  Countless cards and letters to my daughter as she became home bound and then battled to win back her health and be able to live normal teen life.  Flying my brother and his new fiance home for my mom's last Mother's Day.  Allowing her sister to meet the woman her son would marry and raise a family with while giving my brother one more holiday with our mom.  I could literally recount hundreds of incidents where Toni Jo went beyond herself and her immediate family to help others.

    The charges against my aunt and uncle are extensive and serious.  The choices they made total no small dollar or legal wrong.  To say that this was all  surprising is no small understatement.  There was never a grand lifestyle.  They drive used cars and have lived in the same house for as long as I could remember.  Their children grew up working in the business and then earned their own way in the world.  Reading editorial and newspaper comments shock and frustrate me.  There are no mansions, fancy cars or elegant country clubs in their life style.  There are uncountable hours of hard work and a deep sense of commitment to those who work for them.  In the 80's when business and the economy were good, then life was good but not grand.  Many good business decisions and smart investments were made.  History reveals years of good and honest business decisions.  Any recent discussion I have had with my aunt boils down to "How would we have picked a day to call all the employees in and said it was over.  Sorry folks.......it was to keep paychecks in the hands of employees.  But the bottom line is that what was done was wrong."  Toni wrote a letter to myself and my daughters explaining that "I want my grandchildren (and great nieces) to understand that every criminal isn't rough looking, drug using and gun carrying.  When you do wrong you are obligated to own up to it and pay the consequences."  (I quote her here.)  Even in this situation she hopes that others will learn a lesson and be better people for it.  Like my own mother, Toni Wilder treasures her family above and beyond all else.  I can not imagine that any court imposed consequence will effect her more than the moment she had to tell her children and later her grandchildren of the situation and impending consequences.  Her separation from them will ache in her heart forever.

    Undoubtedly, Toni and Gary Wilder will accept whatever you impose as a sentence.  They are quite aware of the impact of the choices they made and have made no endeavor to dodge the consequences ahead.  In fact, they have repeatedly used this situation to impart advice to their family and friends as to how not to deal with a business crisis.  I ask that you seriously consider leniency in their sentence.  Some factors that would support your consideration of leniency are first, their age and health.  Gary is a cancer survivor who at this point still sees his doctors every 3-6 months.  His health and recovery from surgery is still at a questionable place.  Toni Jo carefully guards her diet and daily routine to control a heart condition that can suddenly turn on a dime.  Both are senior citizens who have worked hard through out their lives.  Secondly, in a panic of watching the economy take its toll on their life's work they acted impulsively and desperately.  Thirty some years worth of mental and physical sweat was crumbling around them, their family and those who had counted on them for their life's work and income.  When others offered a risky solution they grabbed it like a drowning man.  One mistake lead to another until a web of bad decisions and panicked choices tangled them beyond rescue.  When do you call in 700 people that have counted on you and tell them it is over?  They never attempt to justify what was done, only to

explain it.  They openly admit to the wrong and regretfully accept what is ahead.  Finally, many of us wear different hats in life.  Toni and Gary do especially.  Who they are as business people and who they are as family, friends and community members are as separate as could be.  As they continue in life stripped of all that was materially familiar to them they have willingly clung to that which is most vital to them - their family and friends.  I know this statement may sound corny and simplistic but my children and I both ponder a way to consequence Gary and Toni Jo Wilder of Wildwood Corp. without taking Noni & Gary from their family and community.  They still have so much to share and teach those around them.  Their regret is already beyond measure.  Any leniency which could be afforded to them would be a blessing.  I have no doubt they would honor such consideration with a continuation of their wise, caring and supportive lifestyle, continue to give of themselves as people, grandparents, aunt & uncle, church members and citizens.

Please consider leniency for the people before you.  The businessmen have paid dearly, stripped of all but the family members they treasure most.  Their home, possessions, business and assets relinquished to pay all they can on the debts owed.  The family - children, grandchildren, brother, nieces, nephews and more -  seek leniency for the parent, sibling, aunt & uncle, grandparents that stand before you.  So many would step forward to repay the debt they owe if they would allow us to and if we could.  Thank you for your time and consideration.

Sincerley,

October 8, 2010

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

     Re: Defendant(s) Toni and Gary Wilder

Dear Judge Mihm:

My name is Joe Wasser. I am 47 years old and currently self employed as a technician in sports television. I am a nephew of the defendants. Toni Wilder is my mother's sister. Obviously I have known them for my whole life. Even after my mother's death in 1997 I have stayed in periodic contact with Toni. Although I have never directly discussed the charges with any member of the family I have researched it on the internet and read several articles from the Bloomington paper. I feel I have a pretty good grasp on what Toni and Gary have done, and what they plead guilty too.

From my youth all the way to today I have always found them caring and concerned people. For almost 10 years my mother fought cancer and Toni was always at her side. Every year on the anniversary of my mother's death I receive an email from Toni talking about fond memories of my mother. In 2009 I myself was diagnosed with stage 4 cancer. Even with all their troubles and Gary's own cancer, Toni continued to stay in touch and check on me. I can not tell you how important the contact with Toni has been on that anniversary and through my battle.

Although I have never discussed the charges with either Toni or Gary I did have an exchange of emails where Toni did take responsibility for what they had done. In no way did she try to put the blame anywhere else. I have looked up to them ever since I was a child. It's hard to see this happen but at the same time there was a sense of pride that they are taking responsibility for it. Their children, my cousins, are also people I can admire. It is a strange sense of conflict when someone has done so many right and good things, and then done something wrong like this. I ask you to please take into account the good things they have done when considering their sentence. Toni and Gary are also people who have helped many others and raised a good family. I know Toni to be very active in church and a godly women. Their life was not a constant effort to get ahead at someone else's cost. Deep down they are good people.

Thank you for taking the time to read my letter.

Sincerely,

s/ Joseph Wasser

Joseph Wasser

10/3/2010


Hon. Michael M. Mihm

United States District Judge

204 U.S. Courthouse

100 N.E. Monroe Street

Peoria, IL  61602


Re:  Gary and Toni Wilder

Dear Judge Mihm:

My name is Bob Stevenson.  I live in Eureka, IL. and have known Gary and Toni Wilder for 25 years.  I have always felt quite a bit more like one of their children than one of their friends.

I am aware of the recent legal decisions against Gary and Toni and believe that they recognize what they have done is unquestionably wrong, express deep regret, and accept complete responsibility for their actions.  I know that Gary and Toni will abide by any rules imposed by the court and serve their punishments honorably.

The reason for my letter is that I want to provide a view of Gary and Toni that may not have surfaced during the legal proceedings and may assist you as you consider your sentence.

As I said, I have known Gary and Toni since 1985.  Gary has been the closest thing I have to a father since my dad passed away in 1986.  He's a good father, a good man, and a good friend.  Toni is one of the most caring people I know and asks little, if anything, in return for her kindness.  Since I have known them, Gary and Toni have given more to others than I have ever seen them take.  It always felt like most people "wanted something from them" and they somehow felt responsible for everyone's happiness.  In my experience, they have never done anything to intentionally hurt anyone; it's just not in them as people.

Given the above, I am sure you can understand how hard it was to reconcile the "Gary and Toni" I know so well with their current situation.  After thinking about it and weighing what I know about them as people, I believe their actions are borne out of responsibility vs. greed.  Let me expand…

10/3/2010

I grew up in very economically depressed city in Western Pennsylvania where I saw first-hand the impact that a company "going under" can have on a group of people. Back there, it's not so much about "making the almighty dollar" as it is about "putting food on the table". I firmly believe that Gary's and Toni's motives were about keeping the business going so that the people who worked for them "could make ends meet" rather than building an extravagant lifestyle for themselves. All of their actions I have witnessed over the last 25 years certainly support that belief.

Does the above motivation justify their actions? Undoubtedly it does not. Should it impact their punishment? It seems it should. As you consider their sentence, I would ask that you weigh the entire circumstance surrounding their actions and let mercy fill your heart.

I am, respectfully,

s/ Robert C. Stevenson

Robert C. Stevenson
s/ Address


Eureka, IL 61530

October 6, 2010

Hon. Michael M Mihm
United States District Judge
204 U.S. Courthouse
100 N.E .Monroe Street
Peoria, IL 61602

Re:       Defendant(s):  Gary and Toni Jo Wilder

Dear Judge Mihm:

My name is Jean K. Bernardi.  I previously worked as an Executive Assistant to the Executive Vice
President of a national, family owned agricultural company for 30 years.   In 2004 this company sold to a
foreign firm and the office I worked in was closed.    Since December 2005 I have worked for my niece
who owns a Salon and Day Spa in Bloomington.

I met Toni and Gary Wilder and their family in late 1980 when a close friend moved next door and we all
became good friends.    Our families grew up together and we were there for our children's graduations,
marriages, grandchildren, etc.    My relationship with Toni and Gary is a personal relationship but there
were several times when I did some work for them at home.    I am aware of the charges against them.

Toni and Gary have always lived very modestly.    My earliest recollections of when we met was that Gary
was working at ODC (Occupational Development Center) in Bloomington helping people with handicaps
earn a living.   Toni was a stay at home Mother to their four children.  Toni and Gary have always been
very generous to help others in need whether it be material or emotional support.   Family was and is their
first priority.   They raised their children in the church and instilled in them strong religious values and
strong personal values to prepare them for becoming responsible adults.   Their children are all very kind,
loving adults who are very productive members of the community and are instilling those same values in
their children.

I have no doubt that Toni and Gary will abide by all the rules and conditions that will be imposed by the
court.    They have taken responsibility for their actions and will fulfill such obligation.

Toni and Gary both have no prior offenses and both have health issues.   I respectfully ask you to please
take into account what has been presented and also ask for leniency in sentencing based on their age, lack
of prior offenses, health and medical issues,  impact this will have on their children and grandchildren.   I
understand this was a horrendous crime and know that Toni and Gary have deep regret and deep remorse.
I do not know all the details of what has transpired but I know in my heart they never intended for any of
this to happen.   They are not bad people.   Toni and Gary and their children and grandchildren will
always have my love and support.

Thank you for your consideration for leniency.


Sincerely,

s/ Jean K. Bernardi

Jean K. Bernardi

October 28, 2010

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL  61602

        Re:  Defendants Gary and Toni Wilder

Dear Judge Mihm:

My name is Cheryl Shepherd and I am writing this on behalf of my good friends, Gary and Toni Jo Wilder.

I know this hearing is about their business and the things in their business that led them here today.   But, the Gary and Toni Jo that my family and I know and love are caring, good Christian Brothers and Sisters in Christ.   They have been there through the good and bad times of my life.

I would like for Your Honor to understand that Gary and Toni Jo are not selfish people and are in fact, very selfless people.   Here are just a few examples of what a blessing they have been in my life.

My sister and her two preschool daughters were living with us while she went through a bad divorce from a abusive husband and father.   She had no money as she was making the house payment and paying all the bills on her home where he lived and would not leave until it was sold.   I was telling Gary and Toni Jo about my sister's bad situation...the way a person tells a friends things.   It was only a week away from Christmas and Gary showed up at my workplace the next day with some money and asked me to give it to my sister so she could buy some Christmas for the little girls, but also asked me not to tell her where the money came from.   To this day my sister does not know that her Christmas angel was Gary and Toni Jo Wilder.

Additionally, they both were there when my father was ill with cancer and it eventually claimed his life, I was only 30 years old at the time and had three children at home.   Toni Jo would come over and visit with me when she knew I was having a bad day and help out with the children.   Gary and Toni Jo were always calling to check on my mother and see if they could help in any way.   My children had a hard time losing their grandfather and the Wilders were always there to play or talk with them.

Five years ago, I had a brain aneurism and stroke.   When I woke up the next morning (after surgery)   The first person I saw standing by my bed was Gary Wilder.   He was there because he cared and has a good heart.   Toni Jo brought dinner to me several times during my three week stay at the hospital.

I could go on and on with these kind of stories, but the main thing I want to say is that Gary and Toni Jo Wilder have been a blessing in my life and my family's life.   They believe in the Lord and his love and forgiveness for all of us.   My life will be a much sadder place without them in it.   I believe Gary and Toni Jo know the errors of their ways and are truly regretful of their actions.   With Christ as the great forgiver, Your Honor, I hope and pray that you also will be lenient and forgiving on them.   Thank You for your time and consideration.

Sincerely,
s/ Cheryl Shepherd

Cheryl Shepherd

Re: Gary and Toni Jo Wilder

Dear Judge Mihm:

My Name is Jennifer Malinowski; I am a salon owner in Bloomington and have been a close friend of the entire Wilder family for the last 35 years.  I was a classmate of the Wilder's son and best friends with their daughter nearly my entire life.   I spent many years at the Wilder house throughout my life and am aware of the charges that have been brought against them.

Throughout all of my years knowing the Wilder's I have never doubted their dedication to their family and friends.  I have always looked at the Wilder's as people who put the needs of others in front of their own.  They were constantly helping, be it friends or employees alike.

As I grew older and opened my own business I would see Toni Jo as she would come in to my shop to get her hair done.  Through conversation I was able to get a better understanding of Gary and Toni Jo's generosity by giving back to the Church, School's and community.  This is not something that she would go out and tell everyone to be praised but because they like to help others and make a difference in any way they could.  I recall many times that Toni Jo would have to leave after her appointment to meet and employee to help pay a utility bill or assist in a family crisis.  Gary and Toni Jo were always open to providing people with a second chances and in many cases a third or forth because they were aware that their jobs may be the only source of income for an entire household.

I fully understand the seriousness of the charges that have been brought against the Wilder's which could cause them to spend time in jail.  I whole heartedly express my strong feeling towards leniency on jail time with emphasis on other conditions that may be passed on by the courts.  I have no doubt that the Wilder's would take this action seriously and responsibly fulfill all their obligations.

Given the lack of prior offenses, their strong family support system, medical issues, age and deep regret and an understanding of what they have done to try to keep their business of 30 years operational and the number of employees working shows that the situation that occurred was not for personal possessions as they lived in a modest manner but for those that depended on them.  This does not justify what has happened but shows that personal wealth was not the focus therefore if given the opportunity to be sentenced to something other then time in jail or seclusion but rather the opportunity to continue to help others through structured programs I am sure the courts have for those that are not a threat to society.

I thank you for your time and consideration in this manner,

Jennifer Malinowski

s/ Jennifer Malinowski

I don't know were start but at being, I met this couple about 28 years age when my late husband work for them. We become the best friend. I loss my husband very early in life. They help me put my son through Central Catilca high school. They also help the last year of my husband when ever I need the also these they Take of children when I need to take my husband out of to town for health case. After he dead he was also when help with family. after he was gone.

Then came time I needed to Raise my grandchildren they help with again I need for them. I need to fix my home + they help with everything. Toni Jo have been the best friend for last 28 years or more. They have been most helpful wonderful friend any one could have. If you me a trail just let me know. They always wanted to be helpful + a help hand any time.

                              Edith Elaine West

 *Holy Trinity Catholic Church*

*711 N. Main, Bloomington, Illinois 61701    Website: www.holytrinitybloomington.org   Phone: (309) 829-2197    Fax: (309)829-2243*

---

September 29, 2010

Hon . Michael M. Mihm
United States District Judge
100 North East Monroe Street
Peoria , IL 61602

Dear Judge Mihm:

I am currently the pastor of Holy Trinity Catholic Church in Bloomington. I have known Mr. and Mrs. Wilder since I assumed this position in June of 2004. They and some of their children and grandchildren are members of Holy Trinity.

The Wilders have been generous supporters of Holy Trinity. Their family is involved in many ways in the life of Holy Trinity Church and school. The stress of business and deteriorating health have no doubt contributed to the bad decisions that they have made in recent years. They are deeply regretful about these decisions and will surely do their best to abide by the court's judgments and decisions.

I would urge you to lean toward leniency in your sentencing. Several factors influence my concern: their age and health, a long period of upright dealings in business, the demoralizing impact this will have on their families, especially given the impressionable age of some of their grandchildren. I know they are fully cognizant of the wrong they have done. Their own regret and remorse is in itself a very large punishment. A lenient sentence will help them, their family and those they have hurt move beyond these deeds toward rehabilitation and reconciliation.

I am very grateful for your consideration of these thoughts.


Respectfully,

s/ Doug Hennessy

Msgr. Doug Hennessy
Pastor

Honorable Michael M. Mihm

United States District Judge

204 US Courthouse

100 N.E. Monroe St.

Peoria, IL 61602

Defendants: Gary & Toni Wilder

Dear Judge Mihm,

Family. That is what makes life worth living for Gary & Toni Wilder. I was married to their son, Ryan, and was lucky enough to become part of their lives. For the last nine years, they have shown me unbelievable love, kindness, and support.  Even though I am no longer married to their son, they continue to treat me as a part of their family. It breaks my heart to think that they may lose what is most important to them- being with their family every day.  It breaks my heart to think that their children, grandchildren, and friends, could lose being with them.

Most people would probably think the Wilder's lived an extravagant lifestyle.  Vacation homes, expensive cars, and a luxurious house is what you might expect.  That was not Gary and Toni.  Instead they had a modest home, average cars, and were caring and generous to their family, friends, and employees.  They worked to provide for others.

Gary and Toni are kind, unselfish people, who only wanted to be successful in order to give to their family.  They wanted their business to succeed in order to provide for their employees.  When faced with the possibility of having their life's work crumble, and their staff without work, they made poor decisions.  They have communicated that they deeply regret this.  Their actions hurt others, which is devastating to them.

Both Gary and Toni have serious health issues.  They have four children, twelve grandchildren, and many friends, who love and depend on them every day.  I cannot imagine holidays, school activities, church events, and family gatherings without them.  It would be overwhelming to Gary and Toni, and even more so to us.

Good people who made bad decisions.  That is what Gary and Toni are.  I love them just the same.  Their family needs them in their final years.  I plead that you grant them leniency in sentencing.

Respectfully,

s/ Nikki McCall

Nikki McCall (Wilder)

October 15, 2010

Hon. Michael M. Mihn
United States District Judge
104 U.S. Courthouse
100 N. E. Monroe Street
Peoria, IL 61602

Re: Defendants Gary and Toni Jo Wilder

Dear Judge Mihn:

My name is Susan Hartzold. I work as curator at the McLean County Museum of History. My husband, Andrew Jumonville is a freelance artist. We have both known Gary and Toni Jo for 11 years as their immediate next door neighbors. We first met them at a neighborhood party hosted at their home several days before we moved into the house next door to theirs. It was apparent that there was a strong connection between the Wilders and the previous owners and that they were extending to us the potential for the same level of friendship. It was a very inviting welcome to the neighborhood, one in which it became quickly evident to us that the Wilder's, especially Toni Jo, were a very well-liked and integral part of our neighborhood community. At the first opportunity they immediately invited us to use their pool. Toni Jo's words were, "Its always open." And it has been. Both my kids, as well as many of their friends have benefited from this generosity.

The Wilder's have always been very good neighbors; friendly, caring, and generous. We were surprised when we learned of the difficulties they were having with the company and of the legal problems. From the beginning it was obvious to us that they were hard workers. It would have been impossible not to notice the long hours they dedicated to the business. And even after a full days work it was not unusual to see Toni Jo working on home projects. But, though dedicated to their business, it was not the center of their world. The center was and is their children and their grandchildren. As neighbors we especially enjoy watching the grandchildren follow Toni Jo around the yard, helping her with her jobs, and learning from her careful instructions. She let our kids do the same! Did we say she was patient too?

We got to know Toni Jo through conversations with her while she was working on outside projects. If she was home during the summer, she was working in the yard, keeping it maintained, and planting annuals each year. Many she planted on the north side of her home where only we could see and enjoy them (she certainly couldn't see them out her windows or from her back yard!). Between using her pool, and all the yard work, small exterior maintenance projects, and pool upkeep, we I got to know Toni Jo pretty well. She is a hard worker, likes doing things herself, and takes pride in her work, and in the accomplishments of her adult children, and especially her growing family of grandchildren. Early on we observed that though she and Gary were owners of a successful business and could have a bigger home and a lot of extravagant things, they lived rather conservatively, were humble, down to earth, and generous. When my kids were small, Toni Jo always remembered birthdays, Christmas, and even Halloween with small but meaningful gifts. I learned from the people who owned the house before us, that our garage was also a gift, as was the playhouse in the backyard. We

experienced the same generosity.  When we converted our garage into an art studio it needed a furnace— Gary offered one.  Gary also poured the patio pad at the back of our house when we didn't have the money for it.  Until recent years, when Gary's health began to deteriorate, we and many of our neighbors could depend on him to plow our drives and sidewalks whenever it snowed!  Imagine our reaction (and the relief, since we didn't have a blower) the first time this happened!  It was an ongoing gift to the neighborhood.

When we first began to read in the newspaper of the difficulties their company was having, we were concerned for Gary and Toni Jo.  When the reports came out about the bankruptcy and then the legal charges, we were surprised. Our experience of Gary and Toni Jo had only been on a personal level, and that experience had only revealed good, down to earth people, who care deeply about their family, and are generous and kind to their neighbors.  Our interpretation of the events leading up to the charges, are based upon our knowledge of them as friends and neighbors —that they cared deeply about their business and keeping their employees on payroll; that in trying to keep it going they made some bad decisions. These decisions were unlawful, but made under the stresses of a failing business and the desire to keep it successful.  By pleading guilty to the charges, we truly believe they have both accepted responsibility for their actions. We believe they are sorry and repentful of these actions and willing to pay the consequences as determined by the court.   We would ask for lenience in that they are already paying the consequence of their actions through the loss of their business, to which they had dedicated so many years, and the loss of respect in the community. They are also dearly paying the consequence of disappointing those who admire and look up to them most, their grandchildren.

We hope that you will consider this letter as evidence that they are good people, unlikely to repeat their offenses, but willing to accept the sentence you deem appropriate.

Respectfully,

s/ Susan Hartzold & Andrew Jumonville

Susan Hartzold & Andrew Jumonville
s/ Address
Bloomington, IL 61701

# Thomas M. Hundman
### Attorney at Law
2203 E. Empire Street, Suite B
**Bloomington, IL 61704**

Telephone (309) 533-0633
Facsimile (309) 662-8268

October 8, 2010

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL  61602

RE: Gary and Toni Jo Wilder

Dear Judge Mihm:

As a matter of introduction, my name is Tom Hundman and I am an attorney in Bloomington, IL. I am writing you to provide a brief background of my relationship with Gary and Toni Jo Wilder for you to consider in determining a sentence for the charges they face in the case before you.

I have known Mr. and Mrs. Wilder for approximately 21 years since I was in the seventh grade. Their youngest child, Ryan, came to Holy Trinity Junior High that year and we became very close friends.  Ryan remains one of my closest friends today and he has been there for me through many challenging times since we first met.  Mr. and Mrs. Wilder have instilled so many admirable qualities in my friend, and our friendship is a prime example of their inherent goodness.

If I may express a few of my interactions and observations with Mr. and Mrs. Wilder, I would begin with some of the memories from my youth.  Mr. Wilder was extremely involved with our local little league baseball program.  He not only helped coach my team, but he also sponsored the team and provided an annual bus trip to Wrigley Field for the team and their families.  At the time, it was such a thrill for us to go to a Cubs game with our friends and families, but it wasn't until I was older that I realized that it was just as much of a thrill for Mr. Wilder to provide this opportunity for us.  Mr. Wilder's support for our sports teams continued through our years at Central Catholic High School.  He always provided insight and advice from his observations of our performances.  Mrs. Wilder always made me feel like one of her own children.  I was always welcome in their home and shared more than a few family meals with the Wilders.

From my youth, I was inspired by the work ethic of Mr. Wilder.  He is a hard working man who was able to succeed for many years as a business owner.  He provided countless jobs for our community including jobs for many of my former classmates who would work at Wildwood Industries during the summers.  Mrs. Wilder is a devoted wife.  She worked very hard supporting her husband at Wildwood as well as in the raising of their four children.  From my perspective, they have more than excelled as parents as well as grandparents.

I have not discussed the events of the past few years with Mr. and Mrs. Wilder. I have, however, had many conversations with my friend, Ryan. We have discussed his parent's feelings of remorse, guilt, embarrassment and regret. We have also discussed the cancer battle his father has faced as well as the health concerns of his mother. His family has had a difficult few years and has been punished by the stress of his father's failing health.

I appreciate the severity of the decisions made by Mr. and Mrs. Wilder that have brought them to your courtroom. These decisions have had a negative impact on many, however, I believe that while making these decisions their motivation was based on the countless lives they were trying to protect. Mr. and Mrs. Wilder took pride in their business and the jobs they provided. Additionally, Mr. and Mrs. Wilder quietly took pride in their charitable actions throughout the years. I cannot imagine the decisions that led them before you were in any way based on the desire for personal gain.

The Wilders have not disputed the accusations made against them and are prepared to face the consequences for their actions. In sentencing Mr. and Mrs. Wilder, I hope you will consider their kindness and devotion to their family. I hope that their age and deteriorating health are factors in your decision. I hope that you will consider the impact on the children and grandchildren who love Mr. and Mrs. Wilder unconditionally.

In my brief legal career, I have never practiced criminal law. I am aware of the theories of retribution, deterrence and rehabilitation in this area of law, but I am unable to begin to understand the complexity of the sentencing decision you face. I do know the Wilders are not a threat to society if they receive probation for their actions. A prison sentence would not benefit anyone harmed in this case and would only cause more harm to the innocent lives of those who love and care for the Wilders.

Thank you for taking a few moments to read my letter. I hope you consider my brief thoughts along with the thoughts of all the others who are close to Mr. and Mrs. Wilder and grant them leniency in their sentence for the charges they face.

Respectfully yours,
s/ Thomas M Hundman

Thomas M. Hundman

2

To Whom it may concern:

I would like to take this opportunity to speak on the behalf of Gary and Toni Jo Wilder. It has been both a pleasure and an honor to know this couple and their children for over 29 years of my life. My family and the community have also benefited from their kindness and generousity. Countless families and local charities have also benefited financially as well. I can not count the number of times and ways that Toni Jo has helped to mold and shape into a productive member of society while guiding me down the right path. Gary has always helped those who can not help themselves rather it be financially or as a friend. Toni Jo is always willing to listen to the troubles of others and able to offer good sound advice. My mother has been a close personal friend of Toni Jo's over the years. She was always willing to help our family in any way possible. One time in particular was upon the death of my father. I can not express enough my gratitude for the friendship of Gary and Toni Jo during this low time in my life. I beg you to consider the good that this couple have done and what they have meant to others when passing judgement on them. Their contributions to the community and the people in it have been countless. Sincerely Richard T. West

Leo A. Flynn
319 W. Webster Ave, #1
Chicago, IL 60614

October 11, 2010

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL  61602

Re:  Defendant(s) Gary K Wilder and Toni Jo Wilder

Dear Judge Mihm:

Only recently I was made aware that my former employers, Mr. and Mrs. Gary Wilder, had
pleaded guilty to federal charges of bank fraud and money laundering.  This news was conveyed
to me by a friend and came as quite a surprise despite the fact that I have attempted to remain
knowledgeable of the news of my hometown and regularly learned of the happenings via
frequent telephone calls with my parents and siblings that live in Bloomington-Normal.  After
asking my family why the news of the Wildwood bankruptcy filing and subsequent charges
against Mr. and Mrs. Wilder was kept from me for such a long time, it was made clear that they
simply did not want to destroy the fond memories and great respect I have for the Wilders.

By growing up in the same community and attending the same schools in Bloomington as the
Wilder children, I became acquainted with Mr. and Mrs. Wilder in the late 1980s.  I was lucky
enough to know them even more closely beginning in 1994 and continuing through 1996 when,
over the course of three summers and even over one Christmas break during my first year of
college, I was employed full-time on a seasonal basis by the Wilders at Wildwood Industries.  I
discovered that Wildwood was a place where there was enough work to keep busy but that it was
not overly taxing.  The job allowed me to have fun and earn some much needed cash at an above
average wage to save for college.  I often marveled at the very existence of a low-skill
manufacturing facility operating in overwhelmingly professional Bloomington but sensed that
the Wilders had simply decided that they wanted to make a success out of this type of business
despite their knowledge of the challenges they would face and so they were not going to give up
on it.

In addition to working for Wildwood, I also played on an American Legion baseball team
generously sponsored by Wildwood Industries and coached by Mr. Wilder.  It was evident that
Coach Wilder loved the game of baseball but that he loved coaching young men on how to win
games and be winners even more.  Summer baseball for me was previously only a joyful pastime
as much as it was about winning or training for the more competitive high school season.  At
first, Coach Wilder indulged my carefree attitude and let me just have fun.  I had achieved some
success as a catcher in my youth, but I always wanted to pitch more than I was given the chance
and so I begged and pleaded for an opportunity to take the mound and pitch for the team.  At last,

one evening Mr. Wilder approached me in the dugout as I took off my catcher's gear after an inning in the field, smacked the ball in my hand and sternly delivered instructions to me to pitch the final inning, "don't mess around, GET IT DONE, you can do it!" With the confidence he expressed in me and that very direct order, I believe it took 9 pitches (all strikes) to strike out the side and seal the game. I never knew I had that in me. What Mr. Wilder knew was that he just needed to give me the opportunity, some self-confidence by showing that he was confident in me and some direction. Within the next several months, I employed that self-confidence and earned a leadership award playing for a football team that won the high school state championship, was elected Captain of my high school baseball team that won a conference championship and graduated as salutatorian of my high school class. Mr. Wilder had helped to create a winner and I credit him with a lot of the success I have earned as an athlete, a student and now as a leader in my business.

Just like Mr. Wilder, Mrs. Wilder also shared generously of her time. In the first inning of a playoff game at the end of that summer, I was stepped on by an opponent while defending home plate. The spikes on his shoes lacerated the middle finger on my right hand and blood began to drip rapidly around me. Mrs. Wilder was in attendance at the game and immediately came onto the field, wrapped my hand in a towel and drove me to the emergency room. Once there, she comforted me like my own mother would have had she been there, helped to fill out paperwork and stayed by my side until my finger was sewn with 13 sutures. Upon release, Mrs. Wilder drove me back to in time to see the end of the game. What struck me most about this incident was Mrs. Wilder's complete and total selflessness--right down to her insistence that I not clean up the blood that I had dripped on her car seat. She gave her time and effort without hesitation and without even thinking of how she would miss watching her own son play that ballgame.

Upon graduation from Central Catholic High School, I attended the University of Notre Dame with the assistance of a half scholarship, a critical achievement for me as my family was unable to assist as much as they would have liked in funding my higher education. Though the scholarship granted to me was significant, I have always credited the Wilders and my employment at Wildwood with allowing me to earn enough spending money to buy the required course books while in school. Now older and understanding that money is fungible, I thanked one of the Wilder children a few years back not only for the books I was able to buy in college, but for the savings in my retirement account, the groceries that my wife and I purchase for our children and every other material good I own. What a significant impact a business person can have by hiring an employee!

After my undergraduate studies, I worked for three years in the investment banking field for Deutsche Bank, including one year based in Baltimore, MD and two years in London, England. In my work raising late-stage venture capital for privately held companies in the United States and in Europe, I worked very closely with senior executives (many of them were the founders of the companies) of dynamic businesses characterized by typical entrepreneurial culture of "whatever it takes to win." This was an ideal situation for a young man that wanted to closely study the actions and thought processes of successful entrepreneurial business leaders. In my informal studies, I learned that most of my clients were not capable of admitting failure or giving in even on insignificant negotiation points. Rather than personal gain, however, it was the pursuit of achieving "success" for the business or "winning" (most often defined as growing their

smaller businesses into larger ones) that drove them to work extraordinarily hard and only as a last resort to accept defeat. It always struck me as odd that anyone would ever start a business-- they must know that the ultimate fate for all but a rare few of them will be failure. It is my belief that most of them embark upon the adventure anyway out of an innate sense of duty to chase success, provide jobs for their families and employees and contribute to society at large.

Today, as for the last five and one-half years since earning and MBA from the Kellogg School of Management at Northwestern University, I work as a Senior Manager at CDW, the world's largest information technology reseller. CDW is a business that was started by an entrepreneur in his garage in 1984 and now employs over 6,000 people and generates almost $9 billion in revenue. At CDW, I am responsible for leading approximately 55 professionals across several teams with various focuses but all of them are tasked in some way with earning and utilizing approximately $300 million in vendor funding. The integrity and ethical standards expected of me by my employer and which I expect of those whom I lead are critical to the execution of our duties and to achieving operational success. When I learn of cases such as this where a business person lapses into a series of poorly made decisions-even if those decisions were made in an effort only to keep a business alive-I understand that they have caused their employees and other business stakeholders to suffer greatly.

It is my sincere hope that the great harm that Wilders have caused is somehow outgained by the immense volume of good they have done for me and the countless others like me that benefitted from their operation of Wildwood over the years. It is also my sincere hope that you will rule fairly but with an eye toward leniency in the sentencing of Mr. and Mrs. Wilder. Please consider the pressure of insurmountable business challenges that these entrepreneurs felt which has undoubtedly motivated their drive for success, and as a consequence, their poor judgment.

Putting the fears of my family that previously had hidden this information from me to rest and despite now knowing of the situation that the Wilders face, I have not lost the great respect, nor the fond memories, nor the lessons of winning that the Wilders provided me in my adolescence all of those years ago. While the failure of Wildwood Industries and the outcome of this case may disallow Mr. and Mrs. Wilder from employing impressionable young people like me any longer, it is my belief that my entire hometown community, the Wilder children, Mr. and Mrs. Wilder's grandchildren and perhaps a young baseball player or two would benefit by their continued presence in Bloomington instead of in prison.

Sincerely,

s/ Leo A. Flynn

Leo A. Flynn

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

      Re: Defendant(s) Gary & Toni Wilder

Dear Judge Mihm:

My name is Danny G Perganson. I have been an account executive in the insurance business for over 30 years. My relationship with the Wilders over the past 15 years has been both professional and personal.

In my professional acquaintance with the Wilders I always felt they were generous to the people that they employed. While in charge of servicing their Group benefits, I was always aware of the way they treated their employees always offering them the best in benefits. The benefits they made available to their employees were better than what most employers in the area offered. They knew the cost was a factor, but never decreased benefits to save money. They were always very good to their employees.

When my father passed away several years ago, Gary Wilder was there for me. He allowed me to visit and talk with him in a way I used to speak with my father. He became a father figure to me. It was greatly appreciated!

I am sure the Wilders had no intention of hurting anyone by what they have plead guilty to. I believe they were just trying to protect the families of the people they employed. Their business kept food on the table for many people over the years they were in business. They were proud of the fact they were able to help so many.

I would hope you would be lenient on the Wilders because they are not criminals in my mind. They do not deserve being in the same category as rapist, murderers, child abusers, etc. They should not have to spend their remaining years with this lot.

Please consider my request to go easy on them as they have many family members and friends that count on them.

Thank you for your consideration,
s/ Danny G Perganson

Danny G Perganson

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

       Re:  Defendants Gary and Toni Wilder

Dear Judge Mihm:

My name is Peter Whitmer, a former development  officer employed by Illinois State University.  My relationship with Gary and Toni Wilder is as a neighbor of approximately 16 years.

Gary and Toni have been very involved with their neighbors.  When I moved to the neighborhood 16 years ago, I quickly discovered that Gary cleaned my driveway and sidewalk of snow.  He did the same for others  in the neighborhood.  I asked about paying him and was told all he wanted was a wave and a smile.

In past years, for our neighborhood block party in the summer, Gary and Toni took a leadership role to make this a great event for families.  The street was blocked off and we cooked and the kids played in the street.  We have not done this recently, following the earlier years I lived in the neighborhood.

We have also been part of the organizing team for the neighborhood progressive dinner at Christmas time.  I would guess the dinner involves 15-20 families (typically adults only).  Gary and Toni have been an important part of this leadership team.  It has been done every year since I have been in the neighborhood.  We go to three to five homes each year.  Gary and Toni have hosted more than half the time (including this past year, despite their health and legal circumstances).  Each year Toni has given each family a small gift.  The first year I attended, Gary and Toni gave each family a four foot, wooden, painted candy cane that I still place in the yard each year.  Gary either made them or had them made.  In the following years, we have usually received a small Christmas tree ornament.  Gary and Toni seem to enjoy doing this.

A young lady who is going through a divorce lives next door to Gary and Toni.  She has two children, four and two years old.  Because of the divorce, her home is for sale.  I have seen Toni helping her pull weeds and maintain the yard numerous times.

My observations of Gary and Toni is that they are wonderful neighbors, hard workers, and generous in every way, as I have indicated above.  I am not sure of Gary's and Toni's exact ages.  I do know that Gary has had numerous health issues.  These include cancer of the tongue, as well as knee, neck, and shoulder surgeries.  The cancer surgery was very difficult for the family.  Gary used to walk to and from work most every day, but the health issues affected his ability to do so.  I have visited with he and Toni about his health issues.

As to charges against Gary and Toni, I did see an article in the paper.  I don't remember the specifics, but understand the situation is very serious.  I do not have any doubt that Gary and Toni would carry out any sentencing requirements imposed by the court.  As far as I know,  Gary and Toni have had no prior offenses.

They have a wonderful family.  I know Brent and Linda the best.  They have five children and they are at their grandparents very often.  They are very nice young people.  I really do not know the rest of the family.  I feel certain that any prison sentences imposed on Gary and Toni would have a great effect on the family.

In summary, Gary and Toni are super friends as well as great neighbors.  I pray for leniency for this couple.

Sincerely,
s/ Peter Whitmer

  Peter Whitmer

Annemarie Raabe
s/ Address

D-83064 Raubling-Nicklheim

October 20th 2010

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL  61602

Re:  Defendants  Gary and Toni Wilder

Dear Judge Mihm:

We are a German family, Anne, Ernst, and our daughter Nadine.  We live in Raubling-Nicklheim near München.

We know the Wilder family for about 15 years. The acquaintance and the friendship which developed from this, arose from business relationship with Gary`s son, Brent Wilder.

Our friendship with the Wilder family (junior and senior) deepened in the course of the years in a form which, as compared to our German circle of friends, hardly existed ever. For a long time we share not only very intimate family incidents and concerns, but also ask our American friends for a word of advice in special situations.  In those cases, the references or opinions, which we could receive from Toni and Gary, had very often been good assistance.  It concerned not only general family topics, but also special pieces of advice on education questions for our daughter or also on medical issues concerning future surgeries of my husband or myself.

We know the strength of the close family ties in the extended Wilder family.  We know that Toni and Gary Wilder attached great importance to see their grandchildren grow up in a supportive family environment with a strong religious orientation.  This positive, understanding behavior was also bestowed on us again and again, whenever we were in direct or indirect contact with Toni and Gary.

Two years ago, our then 16 year old daughter spent a few weeks as a guest at Brent's home and spent much time at Gary and Toni Wilder's home.  Additionally, the invitation for our daughter was expanded also on her friend, so that it was possible for both of them to spend a wonderful time with the Wilders.

They were welcomed with a care and warmth, which was very impressing.  This means, that we left the two girls under Brent's as well as Toni's and Gary's care on the basis of

our absolute confidence into the honesty of the Wilder family.  Toni and Gary met their charge for the two teenagers with kindness and extensive care.

The way how they cared, shows a character that only honest, unselfish, and loving beings could have, with the willingness to do good for others without profiting.  We could recognize this generosity as a further endorsement to our friendship and are thankful until this day.

Furthermore, these kind families offered my daughter to stay at their home for a limited period of time, in case she should decide to study at a U.S. university.  For this reason we would entrust our only daughter  to Toni and Gary without any concerns, as we know about the character of their family.

We would be absolutely sure, that our daughter would not only be welcomed as a guest, but also would become one of the family.

For all these reasons, we were very shocked as we heard of the impending court proceedings against Toni and Gary.  We cannot  give statement, when it comes to the facts and the background, which led to these proceedings.  But for all that we request, to consider the positive and human beings of Toni and Gary.

Circumstances, which led to the crime in their business, are subject to the economic and financial assessment of those affected in this single situation.  However, there are the characters of two people, who always showed generosity, social engagement, modesty and honesty in the private sector as well as the willingness to support others for many years.

Even though these two considerations, crime in business on the one hand and the social and human strengths in the private life of the Wilder family on the other hand, cannot directly be counted up and offset against each other, the distinctive positive character attributes of these two kind and generous people should be appreciated in the end.

Therefore, we urge you to take that into account when reaching their final sentencing decision in the forthcoming hearing and pray for your leniency.

Best regards,

s/ Annemarie Raabe

Annemarie Raabe
on behalf of the Raabe Family

Hon. Michael M. Mihm                                            October 3, 2010

United States District Judge

204 U.S. Courthouse

100 N.E. Monroe Street

Peoria, IL 61602

Re: Defendants Gary and Toni Wilder

Dear Judge Mihm,

My name is Lori Zielinski. I am a Registered Nurse at Riverside Medical Center in Kankakee, IL. I have known Gary and Toni Wilder for 9 years. Their youngest son was married to my daughter in 2004. During all these years, the Wilders have always exhibited love, patience, kindness, generosity, faithfulness, and service to their family, friends and community. They have lived a humble life, always first in line to be of assistance to others in any way possible. They have both always treated my daughter as their own, and I knew that they would watch over her, which was a great comfort to me living 90 miles away.

I have always admired the strong sense of family the Wilders display. Anyone spending a short amount of time with them would recognize immediately. They also have considered Wildwood their family. The family business was a great part of their lives. I know that they felt responsible for all of their employees, an obligation to never give up hope that the economy would improve and jobs would be saved.

As a nurse I know both Gary and Toni have critical medical issues, that combined with advanced age and the devastation of this situation are reason to request for leniency. I have worked for the Illinois Department of Corrections for 10 years and know that the level of care that Gary and Toni will require will be very difficult to obtain in the Correctional system.

I have personally witnessed the impact on all the family, children, grandchildren. I believe that they have suffered and are deeply remorseful , and would have done anything in their power to have prevented the events. They have been exemplary citizens and individuals all their lives. It would be sorrowfully wrong to cause more  anguish to this wonderful family. Please have an eye toward leniency.

Sincerely,
   s/ Lori Zielinski
Lori Zielinski, RN

October 9, 2010

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

      Re:  Defendant(s) Gary and Toni Jo Wilder

Dear Judge Mihm:

My name is Kevin Braucht.  I am a certified residential appraiser.  I have known Gary
and Toni Jo Wilder since 1991.

I met Gary and Toni Jo Wilder through my friendship with their son, Ryan.  I first met
Gary Wilder while playing Junior League Football for the Bloomington Cardinals.  Gary
was my coach.  Playing junior league football during the fall of 1991 began a friendship
with Gary, Toni Jo, Ryan and the rest of the Wilder family that has grown through the
years.  I am aware of the charges against Gary and Toni Jo Wilder.

I consider both Gary and Toni Jo Wilder to be very unselfish, generous and caring
individuals.  Their relationship with me and my family has always been one that I admire,
and I have always thought very highly of them as individuals.  Over the years I have had
the opportunity to be roommates with two of their sons, Steve and Ryan Wilder.  During
those years, Gary and Toni Jo always made me feel like I was a part of their family.  For
the past 6 plus years, my wife and I have has the opportunity to be neighbors with Gary
and Toni Jo.  Whether we see them working in the yard, driving down the street, walking
to work, etc. we always enjoy their friendly demeanor and conversations.  They have
always taken special interest in my life and have been there to graciously acknowledge
significant milestones with me.  Their unwavering friendship is something that I have
always and will always treasure.

Given what I have stated above, I ask that you consider leniency for both Gary and Toni
Jo Wilder due to the following reasons: the age of both Gary and Toni Jo, their lack of
prior offenses, the health and medical issues faced by Gary, and the impact this has had
and will have on the entire Wilder family, including their children and grandchildren.  I
understand the significance of the crime they have committed.  Both Gary and Toni Jo
Wilder possess a very kind-hearted nature, a strong love for their family, hard-working
attitudes and deep remorse for the crime they have committed.  Please seriously take this
into account prior to their sentencing.

Sincerely,
s/ Kevin Braucht

Kevin Braucht

September 25, 2010

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

Re:  Defendant(s) Gary K Wilder and Toni Jo Wilder

Dear Judge Mihm,

My name is Deirdre Noshay.  I have been a nurse manager working in the Neonatal Intensive Care Unit at Rush University Medical Center in Chicago for almost 10 years.  I have known Mr and Mrs Wilder for more than 15 years.

I attended school with their son Ryan starting in 7th grade and was in a relationship with him for 5 years starting late in high school lasting throughout most of college.  During that 5 year time period, I established a very close relationship with the entire Wilder family.  Mr. and Mrs Wilder were almost like second parents to me.  While Ryan and I have not been in a relationship for many years, we have remained in contact.  The connection I established with their family meant a lot to me and we have always kept each other updated on our families.

I worked for the Wilders for part of that time, went on family trips, and babysat their grandchildren.  I was always impressed with how gracious they were, not only to me, but to all of those with whom they came in contact over the years.  They're extremely dedicated to their family, faith and community.  They were very generous in their support for local schools and universities in our area.  Their four children were raised to be respectful, honest, loyal and should be proud of the examples they set for them growing up.

As I've been made aware of the charges that have been brought against them, I'm obviously concerned regarding the severity of the violations.  Knowing the Wilders as I have over the years, I can only imagine how deeply regretful they are of their actions.  I understand they have taken responsibility, expressed remorse and are prepared to comply with the ruling of the courts.

Based on my past experiences with the Wilders, I know they are quality individuals with honest, good intentions.  I hope the court finds it possible to take the entirety of their lives and contributions into consideration when handing down a ruling.  Given their age and the fact that they have four wonderful children, twelve grandchildren and countless individuals in the community who respect them dearly, I hope leniency can be granted.

Kind regards,

s/ Deirdre Noshay

Deirdre Noshay

October 12, 2010


Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

Re: Defendants Mr. and Mrs. Gary Wilder

I currently am a part time guidance counselor for the Olympia Middle School having being in education
for over forty years. I have known Gary and Toni for approximately the last ten years. Their son, Steve,
was a member of the middle school faculty and eventually became my principal for four years. During
that time I came to know Gary more than Toni since he and I shared a common interest in sports,
especially the Chicago Cubs.

During that time I knew him to be an extremely hard worker and a generous person. He had a good
sense of humor and always took the time to meet with you even during his busy work day. He always
inquired as to how my family was and seem to take a personal interest in me.

During the past few years I am aware that Gary had some serious physical problems that took both a
physical and mental toll on him and yet he continued to work as long as he could. I also am aware that
he and Toni both were kind to many people in a variety of ways.

I know Gary and Toni have four children along with many grandchildren. I ask that you take into account
the fact that they are grandparents and parents. Thank you for your time and consideration.

Sincerely,
s/ Bill Gaddis


Bill Gaddis
s/ Address
Armington, IL 61721

Friday, October 8th, 2010


Hon. Michael M. Mimm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

      Re:  Defendants Gary Wilder and Toni Jo Wilder

Dear Judge Mimm,

My name is Todd Sweeney, age 34, and I am an insurance professional for State Farm Insurance Companies.  I have worked for State Farm for the past 13+ years and have been a member of this community since birth.   I want to thank you in advance for taking the time to read my comments as you consider the sentencing of my friends, Gary and Toni Jo Wilder.

I have known the Wilder family for over 20 years now.  My relationship with this family started when I was in elementary school (probably 7th or 8th grade) when I met and became friends with their son Ryan. At first, I would describe my relationship with Ryan's parents as very casual as I would just see them occasionally when I was spending time with Ryan.  Over the years though, I have had the privilege of growing closer and becoming friends with each member of the Wilder Family; Brent, Steve, Jenny, and of course Ryan.  Ryan has been a very good friend to me and was a groomsman in my wedding.  I also had the experience of having an employee/employer relationship with Gary and Toni Jo as they were generous enough to employ me during the summer to work on the grounds at Wildwood Inc.

I feel like I knew the Wilders very well growing up and my perceptions of them were to be a Christian, hard working family.  Toni Jo seemed be the mother and wife who held everything together while Gary poured his heart, soul and time into his business.  Their values seemed to be faith, family, and of course the family business.  They were always very generous to me and treated me as one of their own kids as I travelled with them, spent time at their house, shared meals with them, worked for the family business, etc.

Over the years as I have begun my own family, I have admired Gary and Toni Jo for raising such a beautiful family.  They have 4 wonderful kids who have strong values and have started beautiful families of their own. The kids are all successful and make positive contributions to society, as did Gary and Toni Jo.   So, I was very shocked and ultimately disappointed when I began hearing of the struggles at Wildwood and the potential charges against Gary and Toni Jo.  At first, I was in total disbelief as I always perceived Gary to be a successful business man and a man of integrity.  However, the more I reflect on this situation, I try to make sense of it.  To me it seemed that Gary had 2 main priorities; his family and

his business.  They were his livelihood and he poured everything he had into them.  If his family was on the brink of "failure", I would assume that Gary would go to drastic measures to save his family.  In this case, his business was struggling so he took drastic, and unfortunately, unlawful measures to save the business he put his life into.

While I certainly don't condone what Gary and Toni Jo have been convicted of, I feel like I can make sense of it.  The part that I really struggle with though is of them potentially spending the rest of their lives behind bars.  How do two so called "criminals" raise 4 kids to have such great character and integrity if they too didn't have that same character and integrity.  From what I know, Gary and Toni Jo have no other instances of unlawful activity.  While this is a serious offense, they have no record or trends of breaking the law.

Like I mentioned above, this is a beautiful family that I still have great respect for.  I worry about the impact this sentencing will have on my friends; Brent, Steve, Jenny, and Ryan.  I also worry about the numerous grandkids who will be left without their grandparents.  Gary and Toni Jo still have family obligations to fulfill and I beg you to use leniency as you consider their sentencing.  In my humble opinion, I don't believe Gary and Toni Jo present a risk to society.  They have already experienced a significant loss in the loss of the business and I believe they should be allowed to have the opportunity, in the near future, to spend time with the family they have raised.

Sir, I appreciate the opportunity to voice my opinion and hope that you will consider my thoughts in your final decision.

Sincerely,

s/ Todd Sweeney

Todd Sweeney

Hon. Michael M. Mihm

United States District Judge

204 U.S. Courthouse

100 N.E. Monroe Street

Peoria, IL  61602

 Re:  Defendants Gary Wilder and Toni Jo Wilder

Dear Judge Mihm:

My name is Paul O'Brien and I am a supervisor at a local insurance company.  I have known Mr. and Mrs. Wilder for over almost 20 years.  Their son Ryan and I have been close friends during that time and I have spent a great deal of time with the Wilder family.  I am aware of the charges facing the Wilders and upon learning of the situation I, as many friends and/or family I suspect were when they became aware, was disappointed, saddened, and quite surprised.  My experience with Gary and Toni Jo over the past 20 years has been extremely positive.  Growing up we all have friends who's families you spend time with and who's parents you are comfortable with.  However, there are always one or maybe two friends whose homes feel as though they are a home away from home.  This was how the Wilders made me feel in their home.  Gary and Toni Jo treat you as well as they treat their own kids.  They were always fun but fair, generous but responsible. They were dedicated to their business and also to their family and I have always respected their passion for both.

There are bad people who spend their lives doing bad things, who do not deserve second chances or leniency.  The Wilders are not those people.  Gary and Toni Jo are good people who have obviously done a regrettable thing; something which I feel should not be looked at independently.  I would ask that this situation be considered alongside a lifetime of kindness, responsibility, generosity, selflessness, dedication to their employees, to their friends and to their family.   The lack of any prior offenses, their age, and their importance to their children, and their grandchildren I feel warrants additional consideration as well.  Because of all of these factors I would respectfully ask the court to consider leniency for Gary and Toni Jo Wilder. Thank you for your consideration.

Sincerely,
s/ Paul O'Brien


Paul O'Brien

Hon. Michael M. Mihm                                          October 6, 2010

United States District Judge

204 U.S. Courthouse

100 N.E. Monroe Street

Peoria, IL 61602

Re: Defendants Gary and Toni Wilder


Dear Judge Mihm,

My name is Dixie Lee Rabourn.  I am retired, living in Kankakee, IL. My husband and I are very active in our church and many community organizations. I have known Gary and Toni Wilder for 9 years.  Their youngest son was married to my granddaughter in 2004. The Wilders have lived a humble life, always first in line to be of assistance to others in any way possible.

My daughter is a nurse and my son-in-law is a dentist working for the Illinois Department of Corrections. I am aware that both Gary and Toni have critical medical issues, and that combined with advanced age and the devastating nature of this situation are reason to request leniency. My daughter and son-in-law have worked for the Illinois Department of Corrections for many years and know that the level of care that Gary and Toni will require will be very difficult to obtain in the Correctional system.

I have always admired the strong sense of family the Wilders display.  Anyone spending a short amount of time with them would recognize immediately.  They also have considered Wildwood their family.  The family business was a great part of their lives.  I know that they felt an obligation to never give up hope that the economy would improve and jobs would be saved.

 As a parent and grandparent I believe that it would be wrong to cause more anguish to this wonderful family. The innocent children should not be punished by losing their beloved grandparents. Please have an eye toward leniency.  "The steps of a good man are ordered by the Lord, and He delights in his way. Though he fall, he shall not be utterly cast down; For the Lord upholds him with His hand." (Psalm 37:23-24)  Gary and Toni Wilder are truly good people who have become victims due to their heartfelt obligations and circumstances of our economy.


Sincerely,

        s/ Dixie Lee Rabourn


Dixie Lee Rabourn

November 9, 2010

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL  61602

**Re:  United States v. Gary Wilder and Toni Jo Wilder, 10-10065-001 and 002.**

Dear Judge Mihm:

I am Brent Wilder, the oldest of the defendants' four children.  I am 42 years old and reside in Bloomington, IL.  My wife Linda and I have five children...some of the defendants' grandchildren.

My dad was one of nine children and born in Roanoke, IL.  My mom was one of six children and born in Kankakee, IL.  They both had humble and somewhat meager upbringings.  My dad was the only sibling to attend college and my mom is a high school graduate.  Their families are dwindling.  Two of my dad's sisters have recently passed and two are gravely ill.  My mom has only one brother remaining.  Two of her brothers have succumbed to cancer in the last year.  These deaths and illnesses have compounded the challenging health and legal circumstances.

Allow me to present some brief history.  I was born in Kankakee, IL.  We lived in Momence, IL for the first five years of my life.  Momence is my mom's hometown and also where she met my dad, who was initially a high school teacher and coach.  While living in Momence, my dad became director of a sheltered workshop in Kankakee.  In 1973, he took a position as executive director of Occupational Development Center (ODC), another sheltered workshop in Bloomington, IL, where we relocated to and made our home.  In June 1978, after my dad served five years at ODC, my parents opened Wildwood Industries, Inc.  Wildwood provided packaging and other services, similar to ODC, but requiring a higher skill ability than the clients (employees) of ODC possessed.  My dad never wanted to take opportunities away from the ODC clients.  During 30 years of Wildwood's existence, it provided a means for thousands of people to earn a living and/or take care of their families.

Although my parents were co-owners of Wildwood, my mom had limited involvement during the first 15 years of Wildwood's existence.  She was dedicated to and thrived on being a mom and raising her four children.  Her involvement increased when my youngest sibling began high school in 1992.  My parents always instilled a strong work ethic and discipline for my siblings and I.  Over the years, each one of us worked for Wildwood.  My initial experience included sweeping floors and emptying garbage at the first rented facility.  Later, but while still in grade school, I vividly recall my dad bringing home vacuum bags and packaging materials in his pick-up truck to package in our garage.  As I became older, other experiences included groundskeeping, labeling cartons, manually unloading semi-trailers, moving furniture, packaging, etc.  While not particularly pleasant, I am proud to be the person I am today because of that manual labor and upbringing.

As a family, we enjoyed a modest lifestyle, not filled with a lot of extra discretionary expenditures.  In 1977, we moved to the home in the middle class neighborhood we grew up in and my parents reside in today.  Vacations were infrequent and more likely to be packing up the station wagon for an annual

Judge Mihm
Page Two
November 9, 2010

weekend in Chicago or St. Louis rather than a beach in Florida. I can count the occasions on one hand when we left the state for a family vacation. However, my parents did give us the opportunity to switch from public school and attend the Catholic high school. They also paid for our college educations. However, the intent was to equip us with faith-based learning and intellectual tools to complement our upbringing and begin our adult lives in a positive way. We attended mass every Sunday and until transferring to Central Catholic, participated in CCD (catechism) on Wednesday evenings.

Allow me to briefly discuss their health. During the past six years, my parents have endured substantial health challenges. In 2007, my dad had double knee replacement. He postponed this surgery for about three years until he could barely walk, because he could not afford to be away from the business...now I know why. In 2008, tongue cancer was discovered. On January 5, 2009, during a 13+ hour surgery performed by two surgical teams, he had one third of his tongue removed and a muscle graft from his arm was taken to reconstruct what was removed. The pictures of what he endured are quite graphic. A lymphectomy was also performed. He had a tracheotomy for breathing as well as stomach tube for feeding. Six weeks after surgery, he endured six weeks of chemotherapy and radiation treatments. At the end of these treatments, he was hospitalized because his body was so frail. The trach tube remained for about four months and feeding tube for one year. In August 2009, he had neck fusion surgery (unrelated to the cancer), caused by years of arthritis buildup and spinal stenosis. In June 2010, he had rotator cuff surgery. He recently learned the rotator cuff surgery failed as the shoulder tendons have re-torn. His orthopedic surgeon recommended a reverse ball and socket shoulder surgery. He had this shoulder replacement surgery on October 22. Although he is fortunate to be alive, his body and spirit is much weaker. He has lost over 100 pounds, more than one-third of his original body weight.

About six years ago, my mom was diagnosed with atrial fibrillation. Although she tries to be active, she tires more easily than she previously did. Caring for my dad and the intensity of their circumstances has further compounded her situation. Initially, it took a few hospital stays to introduce and balance medications intended to regulate her heart rate and minimize potential for clotting. Despite the use of medications, she still has had a few emergency room visits. Because she has not been and still is not yet eligible for Medicare, she has continuously worried about a major health issue. Bottom line, because of their age and circumstances, my parents both have required some assistance and care. Their needs will continue to increase.

I am aware of the serious nature of the crimes they pled guilty to. It is nearly impossible to comprehend the size and scope of the crimes, especially since it involves my parents. I have contemplated how it could have evolved. It seems my dad's continued entrepreneurial ambition and vision for the business as well as paternalistic concerns for its employees was inhibited by economic factors and his deteriorating health. He was driven to succeed, not for the spoils, but merely to succeed and continue to provide for others. This drive morphed into desperation as he had a front row seat to watch his business, his body of work, his legacy...crumble before his very eyes.

Although it took a few years for my mom to become aware of the situation and she did not chart the course, as a co-owner, she became an unwitting participant. Marital relationships frequently involve spouses saying, "sign here" or "sign there." If in a family business setting, it can happen even more

Judge Mihm
Page Three
November 9, 2010

frequently. When she ultimately discovered the situation, she was undoubtedly faced with a zero sum decision: (1) alert authorities, her husband goes to prison, her family implodes, the business ceases, and hundreds of employees out of work, or (2) allow it to continue, hope the business improves, but always haunted by uncertainty. Based on her personal character, the uncertainty itself was tormenting. Unfortunately, taking the latter decision also established her culpability.

Yes, the crime is horrendous. However, if there was ever a situation crying for leniency, this is it. My parents have lost everything. They face the unbearable thoughts of family and grandchildren perceptions and the grim prospect of not seeing the family they cherish. Since we live a block apart, they enjoy seeing their grandchildren on a nearly daily basis. Despite the stigma, they have continued to, sometimes very reluctantly, attend grandchildren's sports events and activities. Their family is everything to them and even more so today.

Additionally, employees, a significant portion of which were also friends, lost their jobs. Some of these employees had 20+ years of seniority and knew me from when I was a child. My parents will never have gainful employment. Their health is deteriorating. They have no assets to their name and depend on financial and other assistance. My parents feel stigmatized in the community they raised their family in. On a relative basis to the thousands of lives they have touched, there are very few people who have remained in contact with them. Their wonderful lives and contributions to their corner of the world are reduced to the reality of their circumstances. They have immeasurable regret and remorse and would never commit, nor be in a position to commit such a crime again. They did not fleece themselves as typical Ponzi schemers do. They did not devastate lives. In fact, while still horribly wrong, the crime and their consequences extended employment for hundreds far beyond when the business should have failed years earlier...rather than funding an extravagant lifestyle. They merely wanted the business to survive and continue to take care of its primary stakeholders, its employees. Good people did a bad thing for understandable (albeit very wrong) reasons. Incarceration will serve no purpose other than to waste scarce taxpayer money. There are plenty of other Ponzi scheme cases where participants lived extravagant lifestyles and the sentence, or deterrence therefrom, fits the crime. This is most certainly not one of those cases.

My parents are not Bernard Madoff, Jeffrey Skilling, Bernard Ebbers, Tom Petters, or R. Allen Stanford. They did not give lifetime sentences of poverty to people who entrusted life savings to them nor did they seek extravagant personal enrichment. Even if my parents are considered the same, if I consider both the size of these frauds and the resulting sentences therefrom, my parents' prorated sentences would range from six months to 2.9 years. Now, I understand the U.S. Federal Sentencing Guidelines are not comparative and do not work this way. I further understand the byzantine and somewhat draconian system is an extensive, sophisticated point calculation that considers a plethora of variables, ranges, and thresholds.

However, it has been publicized the current sentencing system for white collar criminals and the aforementioned guidelines may rely on and be too heavily influenced by calculations of financial losses to fraud victims (in this case, creditors). Perhaps these loss calculations should not be the single most significant driving factor in white collar crime sentencing. Furthermore, the white collar crime penalties

Judge Mihm
Page Four
November 9, 2010

have increased due to public outcry over well publicized scandals such as Enron and Bernard Madoff. It is my understanding the guidelines outline U.S. federal sentencing policies and suggested prison terms for various offenses. I have become aware that in a landmark 2005 case (*Booker v. United States*, 543 U.S. 220), the Supreme Court held that the sentencing guidelines are discretionary, not mandatory and judges can issue sentences outside of the range suggested in the guidelines. The following two paragraphs, involving esteemed judicial colleagues, illustrate the appropriate discretion which may be applicable in my parents' cases.

U.S. District Judge John Gleeson of the Eastern District of New York stated in a recent opinion sentencing a securities fraud defendant (*United States v. Ovid*, No. 09-CR-216 (JG), 2010 WL 3940724 (E.D.N.Y. Oct. 1, 2010)), "Specifically, it (the Ovid Sentencing) shows how the fraud guideline, despite its excessive complexity, still does not account for many of the myriad factors that are properly considered in fashioning just sentences, and indeed no workable guideline could ever do so. This reality does not render the Guidelines irrelevant in fraud cases; they are in fact quite useful in all sentencings. But sentencing judges know that a full consideration of "the nature and circumstances of the offense and the history and characteristics of the defendant," 18 U.S.C. § 3553(a)(1), implicates offense and offender characteristics that are too numerous and varied, and occur in too many different combinations, to be captured, much less quantified, in the Commission's Guidelines Manual...Indeed, in some cases the fair sentence can drift quite far away from the advisory range." Put simply, I recognize Your Honor will be trying to do precisely this, weigh the guidelines against other factors considered at sentencing.

U.S. District Judge Jed Rakoff of the Southern District of New York recalled, at a November 5, 2010, American Bar Association conference on federal sentencing policies in Washington D.C., his sentencing decisions in two well-known white collar cases, a 2006 securities fraud case against Richard Adelson and the case against Marc Dreier. In the Adelson case, Judge Rakoff sentenced Adelson to three-and-a-half years in prison versus the 85 year sentence sought by the Department of Justice. In the Dreier case, the former lawyer was sentenced to 20 years while the DOJ had sought 145 years. Judge Rakoff stated, "Adelson was a very decent human being," and "Mr. Dreier was an evil person, who had spent his whole life doing bad things..." He further added, "The fact that the guidelines – because of their huge overemphasis on loss calculations – can't distinguish those two human beings in any meaningful way but gives them both life in prison, in my mind spoke to the crock of the guidelines."

In conclusion, I have presented the history and characteristics of my parents, my understanding of discretion and application of the sentencing guidelines, and my hope for your consideration of the guidelines against the mitigating circumstances of the crime and other factors. Based on this presentation, I feel probation, home confinement, extensive community service, and/or equivalent is a reasonable option for both or either of them. I have absolutely no doubt they would abide by and fully comply with the requirements. They already have the lifetime sentence of the stigma, which may not weigh on most white collar criminals, but is a yoke that weighs quite heavily on my parents. My mom will only go to mass early in the morning. She will only grocery shop early in the morning or late at night at stores she never or rarely shops at. Both of these to avoid running into anyone she knows. My dad did not want anyone submitting presentencing letters or testifying at the sentencing hearing because of his embarrassment and not feeling worthy of these actions nor this support.

Judge Mihm
Page Five
November 9, 2010

If there is concern about precedent, I believe the court would have a hard time identifying any cases in the documented history whereby defendants committed the crime for little or no personal gain, were faced with as dire of personal and business circumstances, and merely wanted to continue to take care of their employees.  However, if you feel a prison sentence is unavoidable, please sentence them to the very least amount of time you can...not the life sentences their respective maximum penalties (or even fractions of the maximum) imply.  Please also recommend the same minimum security facility within a reasonable geographic proximity to minimize hardship and afford us frequent opportunities to visit.

I have prayed daily to God, "That they never have to go to prison and give me the resources to be able to take care of them."  Likewise, I pray for your leniency as you consider the discretion you have in determining their respective consequences or sentences.  I also would like to quote my nine year old son, who the day after their July 14, plea appearance said, "I just want to go to court and say, 'Your Honor, my grandpa's been battling tongue cancer and knee problems and falling down steps and bleeding and my grandma has to take care of him.  Please don't send them to jail.'"  I also have a sticky note on my computer monitor, written by my daughter which says, "God WILL Perform a Mearicle" (sic).  My parents have no previous criminal history.  They are in questionable health.  They fully cooperated and accepted full responsibility for the crime.  I cannot imagine anyone having more regret and remorse than they do.

I apologize for the length of my letter.  However, my parents are staring at the abyss, uncertain whether they will spend the rests of their lives in prison.  They may be unable to taste freedom again with the little remaining life they have left, with the family they cherish so much.  I appreciate the significance of the crime, but know they have more to contribute to life, even if merely to teach their family and others about the very poor choices they made.  I thank you in advance for taking the time to read this as well as strongly and seriously considering what I have presented.

Respectfully,

s/ Brent Wilder


Brent Wilder

October 26, 2010

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL  61602

Re:  Defendants Gary and Toni Wilder

Dear Judge Mihm,

My name is Steve Wilder and I am the second of four children of Gary and Toni Wilder
who are scheduled to be in your courtroom on November 12 to be sentenced for
committing crimes they pled guilty to in August of this year.

I would imagine that nobody every thinks they will be in our situation, having parents
who worked so hard for so long, who pushed us to work hard and become the people
we are today, who then plead guilty to knowingly breaking the law. I certainly never
imagined that I would find my family in this situation, nor is it a situation that I take
lightly.

The purpose of my letter is to help shape a little broader picture of who my mother and
father are, to share what I believe to have happened that led to this situation, and to ask
you for your thoughtful consideration when you make your decision regarding their
sentence.

There was a long time in my life that I didn't want anything to do with my parents. I felt
they pushed me too hard, they didn't care for my friends, I didn't identify with them,
and felt that I just didn't identify with who they were, nor did they identify with who I
am. What teenager doesn't feel that way? It wasn't until I matured, was married, began
a family, and became an "adult" and a contributing member of society that I realized
who they are and what they've taught me. I have as strong a work ethic as anybody I
know as a result of being my dad's son. He worked 5-7 days a week, easily putting in 10
hours a day. He gave up time with his family, he gave up seeing his children participate
in events and activities in their lives, and he ultimately gave up time with his faith all in
an effort to put in a hard days' work. That work ethic taught me how to be the person I
am, a Superintendent of Schools in Knoxville, IL, which required not only long hours as
an educator, but time away from my family to complete classes towards not only a
Master's Degree, but currently a Doctoral Degree. While I've given of myself to
complete my degree, I also learned how to balance my efforts to maximize time with my
own family...something my father unknowingly taught me.

My mother is as devoted to her husband and her family as anyone I know. Honestly, there are still times that I don't see eye to eye with her and recognize that we are different in many ways. However, I've also learned that she's taught me devotion, perseverance, and gave me the greatest gift I've ever received, an introduction to God. Without my mother, I wouldn't be the Christian that I am today. Without her "fighting" with my father of us children to attend a Catholic Church, I wouldn't be who I am today. And while I walked away from my faith for a few years, I've returned as an adult with more passion and zeal than I ever thought imaginable. I would be nothing without my faith, and I wouldn't have my faith if it weren't for my mom. But she's also taught me about devotion to marriage. Things aren't always perfect between my wife and I, but I've learned to persevere through tough times and see the bigger picture when we have a disagreement because of my mom. My dad hasn't always been the easiest person to live with, but when she had real opportunities to walk away from him, she didn't. Their lasting marriage of 42 years has taught me how to be a good husband, and both what to do and what not to do.

It was this devotion to my father and to her family that I know without a doubt, led her to her decision to follow my dad's instructions when they committed their crimes. It was her trust and faith in her husband and the desire to try and save their business and family that drove her to participate, to the limited extent that she did, in the illegal activities of their business.

I also know, without a doubt, that my father drove her to do those things and made the decisions that he made because he felt at some point that he could save his failing business. His business provided his livelihood and the financial support for his family, it paid for my education through my Bachelor's Degree, and it paid for who I am today. It also supported many other people who worked with my dad when it was their only option as handicapped adults who had no other means to support themselves. It supported other employees who weren't qualified for other, better paying work. It supported American Legion baseball teams, youth football teams, provided him the means to loan money to people in need, it allowed him to help finance the construction of a place of worship. It was more than simply a business to him, it was a challenge to overcome, his greatest success, the means to give to others and to the community, and in the end his greatest failure.

I've been around some of the most strong-willed men that have walked the Earth, and I count my father among them. While he is physically weak from illnesses and maladies that he put off treating for decades, he has not given up. He is willing to take responsibility for his actions, as is my mother, and is willing to accept his sentence knowing that it may very well end up being a death sentence in the long run.

I could not live with myself without asking, pleading, and begging for mercy on their behalf. I realize that they have committed serious crimes, that they (especially my father) knowingly deceived creditors. But, he did so because they were happy to loan

him the money, were not diligent in verifying his capability to repay the loans, and finally because he wanted to save his business...his life.

I realize that some of this decision is out of your hands as you will have limited flexibility within the sentencing guidelines. But I ask you to weigh the actions of my mother and father with the intent and lack of malice behind their actions, as well as their health, age, the quality of their lives after working so hard for so long, their ability to see their family in their later years in life, and the circumstances they found themselves in when they made their decisions when you make a decision regarding their sentences. I am begging you for mercy, but will support my mother and father without question throughout this process and their sentences.

Finally, I believe that God has placed you in this position for a reason, to use your wisdom and experience to make a just decision. I have every confidence that whatever you decide is the desire of our God and make one final plea to consider my parents' situation in light of whatever spiritual direction and perspective you have.

I would be glad to speak to you directly and can be reached at the following address and phone number to do so:

> Stephen M. Wilder
> s/ Address
> Knoxville, IL 61448
> s/ phone

Thank you for your time and consideration.


Respectfully and prayerfully,

s/ Stephen Wilder

Stephen M. Wilder

Honorable Michael M. Mihm                                    September 23, 2010
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Il. 61602                        Re: Defendants:  Gary & Toni Wilder

Dear Judge Mihm,

 My name is Jennifer Bond, and I am writing this letter on behalf of my parents.  I am their only daughter, and one of four children they have raised.  I am 36 years old, a former special education teacher and now stay-at-home mom to 3 children living in the Atlanta, GA. area.  I am fully aware of the charges my parents have plead guilty to in court.  They have taken full responsibility for their actions, and I know they feel discomfort in me writing this letter.  However, I could not let an opportunity pass by to speak on their behalf.  It is my desire for you, Judge Mihm, to gain a better understanding of who my parents are aside from the poor decisions they have made over the past several years.

 I grew up in a household where I was taught many life skills.  My parents taught me through example, and made sure I always knew how important it was to contribute to society.  Through my parents, I learned **work ethic**.  This was instilled at home and at Wildwood Ind.  This was more than a business to my parents, it was their life.  My father  poured his heart and soul into a company he built from scratch.  All four of us children worked there at some level whether it was painting, mowing, or sweeper bag production.  I also learned **empathy** for less fortunate people.  My parents employed mentally and physically handicapped people.  In addition, my parents gave people second chances, and offered employment to those who were substance abuse users.  They made exceptions when they were late to work, and tried to see the better side of everyone.  In addition, they were foster parents to a young adult who was deaf, and mentally handicapped during my elementary years.  Lastly, they taught me of the importance of **giving back.**  I will not list each and every organization my parents contributed to.  But, I will say the records reflect my parents as very generous and giving people.

 My parents have suffered a great deal over the past 2 years.  As you might be aware, my father was diagnosed with tongue cancer in 2008.  He endured a 12 hour surgery to remove part of his tongue, and had to face chemotherapy and radiation.  He lost over 100 pounds, had burns on his neck and lips.  To this day he has difficulty with eating, talking, and daily skills. My mother stood by and cared for my father in the midst of his suffering, only to have lost 2 brothers to cancer within 4 months of one another in 2009.  There has been much suffering, and yet through it all my parents never blamed anyone else for the loss of their business, filing bankruptcy, and ultimately breaking the law.  They only say they made the choices they made to keep a business running, not for selfish or lavish reasons.

 I am pleading on their behalf, Judge Mihm, that you will not sentence them to the full extent.  I hope through this letter you have gained more understanding.  They are good people who made poor choices.  I know my parents live with tremendous guilt for the pain they have caused their family.  However, they feel guilt equally for the hardship they have caused former employees, and business acquaintances.  Unfortunately that is something they will have to live with forever.  But, I truly believe they have and will continue to use this experience to better themselves and the people around them.  I appreciate the time you took to read this letter, and trust you will sentence them fairly.

     Respectfully,

    s/ Jennifer Bond

      Jennifer Bond

October 14, 2010

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL  61602

   Re:  Defendant(s) Gary and Toni Jo Wilder

Dear Judge Mihm:

My name is Ryan Wilder. I am Claim Representative with State Farm Insurance
Company in Bloomington, Illinois. I am 32 years old and I am the youngest of Gary and
Toni Jo's four children.

My parents have always been highly involved in not only my life, but my siblings, their
grandchildren, and their friend's lives. They are two of the most hard-working, honest,
dependable, selfless, and responsible people I know. They instilled a strong work ethic
and always encouraged me to give back to others when I could. They taught me many
good morals and values, which have shaped the person I have become. They have not
only had a positive impact on my life, but many others around them as well.

My parents started their business around the time I was born in the late 1970's.
Wildwood Industries was my Dad's life. At an early age, I remember my dad working
long hours, sometimes six or seven days a week. As most people his age were
approaching retirement, he was working harder than I ever remembered.
He did not take vacations. He did not live extravagantly. He was always firm but fair. He
was generous to others without expecting anything in return. He supported youth sports
through sponsorships and coaching. He was involved in both his community and his
church. For the last 2 ½ years my dad has been battling cancer and numerous medical
issues. This has required additional care from both family and friends, which will be
ongoing for the remainder of his life. Although I was shocked and saddened by his poor
choices, I do not believe that they were done for personal gain. I believe he was fearful of
the negative impact it would have on his employees and on our family.

My Mom is a wonderful lady. She has been married to my dad for 43 years and has
always been the person who has held our family together. She was involved in my school
and sporting events, she chaperoned my field trips, assisted with school projects, and
served team meals before my football games. She never missed an opportunity to attend
my numerous sporting events and always showed me love and support in every major and
minor moment of my life. She still continues to be a major part of my life, whether it is
helping me paint a room, doing gardening at my house, or taking care of my dog on short
notice. I believe my Mom was unaware of what was going on until many years after this
all began. By that time, I am sure she felt as though she was too involved and had no
other choice.

I fully understand that they are both guilty of money laundering and additionally that my Dad is guilty of bank fraud. I understand that hundreds, if not thousands of lives have been impacted negatively by their actions and that the amount of money involved was significant. Although we not discuss the details of the events, I am certain that they are truly sorry and there is not a day that goes by that they do not deeply regret their choices. I am certain that they understand the magnitude of their actions and that they accept whatever consequences are imposed. Please consider their age, lack of prior offenses, current health issues, and the impact it will have on their family and friends. I respectfully ask that you consider leniency when determining their sentence.


Sincerely,
s/ Ryan Wilder


Ryan Wilder