**MARIANN POGGE**
Attorney at Law

3300 Hedley Road
Springfield, Illinois 62711
(217) 793-7412
Fax (217) 793-9741

RECEIVED NOV 12 2010

November 9, 2010

Dean J. Polales
Ungaretti & Harris LLP
3500 Three First National Plaza
70 West Madison
Chicago, IL  60602

Re:  Gary Wilder and Toni Jo Wilder
     Chapter 7 Bankruptcy #09-71141

Dear Mr. Polales:

I am writing pursuant to your request regarding Gary and Toni Jo Wilder. In April, 2009 Creditors of the Wilders filed involuntary Chapter 7 bankruptcy petitions against them.  Orders for relief were entered and I was appointed Trustee in both cases on May 13, 2009.  I have served as a standing interim Bankruptcy Trustee in the Central District of Illinois since 1987. The Wilder Bankruptcy has been the most unusual and challenging case of my career. Other than the fact that they did not appear and testify at a Bankruptcy Code Section 341 meeting (which I understand was on your advice), the Wilders have been among the most cooperative Debtors in any case I have administered.

The major assets in this case were three large insurance policies insuring the life of Gary Wilder. Both Gary and Toni Wilder expressed the desire that these policies be sold to pay creditors. At my request the Debtors provided medical information, waived any potential claim of exemption in the policies, and executed documents required to complete the sales. With their cooperation, I was able to sell the three policies for a gross amount of $8,910,000.00.

Debtors also assisted in a substantial sale of commercial real estate at Beltline Plaza by providing me with copies of environmental reports. They collected and turned over rents (including cash) from a warehouse storage facility on an ongoing basis and provided me with warehouse contracts and other documents I will need to complete the sale of that facility. Debtors also cooperated in the sale of their residential real estate and motor vehicles and voluntarily waived their discharge.

My comments in this letter should not be construed to condone Debtors' actions which caused this tragedy. The massive losses suffered by Creditors far exceed any amounts that have been or can be collected. I do believe, however, based on their conduct in this bankruptcy and their guilty plea, that Debtors have expressed remorse and accepted responsibility for their actions.

Sincerely yours,

Mariann Pogge, Trustee
MP/bms