UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 10-10065-001 |
| ) | 10-10065-002 |
| v. ) | Judge Michael M. Mihm |
| ) | |
| GARY WILDER and TONI JO WILDER, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' JOINT MOTION TO EXTEND SURRENDER DATES

On December 2, 2010, Defendant Gary Wilder was sentenced to 15 years in the custody of the Bureau of Prison. The Court ordered that Mr. and Mrs. Wilder surrender to the BOP designated facility on January 18, 2011 and January 25, 2011 respectively. As of the date of this motion, the Bureau of Prisons has yet to designate a facility for either Mr. or Mrs. Wilder. As a result, the undersigned council has communicated with both Assistant United States Attorney Darilynn Knauss and United States Probation Officer Mary Kennedy regarding this motion. Assistant United States Attorney Darilynn Knauss has informed the undersigned that the Government has no objection to this motion.

On January 13, 2011, Probation Officer Kennedy informed the undersigned that her fellow Probation Officer Patrick Howard had communicated with the United States Marshal's Service on this date, and that no designation has yet been made for either. The undersigned is aware that voluminous medical records of Mr. Wilder have been provided to Ms. Kennedy per the suggestion of the court at sentencing and that the BOP has been provided with all of the hard-

copy medical records of Mr. Wilder by Ms. Kennedy for their review in their designation decision.

As a result of the probability that no designation will be made in time for Mr. Wilder to know where to surrender next Tuesday, January 18, 2011 (Monday being Martin Luther King day and there being no postal service on that day), the Defendant Gary Wilder seeks an extension of his surrender date to a date 8 weeks from Tuesday, January 18, 2011, consistent with a suggestion of Probation Officer Kennedy as to the length of the extension that might be appropriate.

In further support thereof, the Defendant wishes to bring to the court's attention that he underwent surgery on Monday, January 10, 2011 for the removal of what he has been informed was a basal cell carcinoma of the right ear, and has a follow-up procedure scheduled for Monday, January 17, 2011 in connection therewith.  The undersigned counsel has observed his right ear on this date and states that Mr. Wilder's right ear is inflamed and has been stitched along the edge of the ear for what appears to be a very recent procedure for a length of about 2 inches.  It is also possible that an extension of time for Mr. and Mrs. Wilder's surrender to the designated facility will permit Mr. Wilder to have one more follow up PET scan and consultation with his Iowa oncologist in March, before his surrender.

Mr. Wilder submits that he does not pose a risk of flight or any danger to the community, and there is no sound reason why Mr. Wilder should not receive an extension of time to surrender to a facility that will hopefully be a medical facility as suggested by the Court at sentencing.

Finally, to attempt to ensure that the Court's original intention with respect to Mrs. Wilder's ability to care for her husband pending his surrender date, and allow the family to see

both of their parents to the facility designated for surrender, Mr. Wilder respectfully requests that Mrs. Wilder's surrender to the designated facility be delayed until one week following Mr. Wilder's surrender. Mrs. Wilder has not received her designation at this time.

The court is well aware of Mr. Wilder's infirmities and Mrs. Wilder's primary role as his care-giver given his numerous medical and health deficits, an extension of Mrs. Wilder's surrender date would be both merciful and appropriate

**Wherefore**, the Defendant respectfully requests that the Court extend the time for Mr. Wilder to surrender to the designated institution to March 15, 2011 and that Mrs. Wilder be permitted to surrender to the designated institution on March 22, 2011.

Respectfully submitted:

  s/Dean J. Polales_____
Dean J. Polales
Attorney for Defendants Gary Wilder and
Toni Jo Wilder

Dean J. Polales
Ungaretti & Harris LLP
3500 Three First National Plaza
70 W. Madison St.
Chicago, IL 60602
(312) 977-4883
djpolales@uhlaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant Gary Wilder and Toni Jo Wilder hereby certifies that he has this date provided notice of this motion to Assistant United States Attorney Darilynn Knauss by the ECF system and e-mail to Darilynn.Knauss@usdoj.gov.

Dated: January 13, 2011                  s/Dean J. Polales_____